Rachel E. Kaufman (Cal Bar no. 259353)
Kaufman P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881
rachel@kaufmanpa.com

*Attorney for Plaintiff and the Class*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK WALWORTH, individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ELITE HOME REMODELING, INC., and ELI COHEN,<br><br>　　　　　Defendants. | NO. 5:20-cv-02344-JWH-SHK<br><br>**Notice of Settlement** |

　　　Plaintiff Frank Walworth hereby notifies the Court that the parties have reached an agreement in principle to resolve this matter. The parties anticipate filing a Notice of Dismissal of the action with prejudice as to the Plaintiff's individual claim on or before November 15, 2021. Accordingly, Plaintiff respectfully requests that all current deadlines be suspended pending the filing of the Notice of Dismissal.

Dated: October 4, 2021

　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　By: */s/ Rachel E. Kaufman*
　　　　　　　　　　　　　　　Rachel E. Kaufman (Cal Bar no. 259353)
　　　　　　　　　　　　　　　rachel@kaufmanpa.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Attorney for Plaintiff and the Class*