RACHEL E. KAUFMAN (CAL BAR NO. 259353)
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881
rachel@kaufmanpa.com

*Attorney for Plaintiff and the Class*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK WALWORTH, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ELITE HOME REMODELING, INC., a California corporation,<br><br>Defendant. | NO. 5:20-cv-02344-JWH-SHK<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff Frank Walworth and Defendant Elite Home Remodeling stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

So Stipulated.

Respectfully Submitted,

Dated: November 15, 2021

By: */s/ Rachel E. Kaufman*
Rachel E. Kaufman (Cal Bar no. 259353)
rachel@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127

Telephone: (305) 469-5881

*Attorney for Plaintiff and the Class*

Dated: November 15, 2021

By: */s/ Shalem Shem-Tov*
Shalem Shem-Tov
shalem@netshemlaw.com
NETZAH & SHEM-TOV, INC.
15303 Ventura Blvd., 9th Floor
Sherman Oaks, CA 91403
Telephone: (818) 995-4200
*Attorney for Defendant*

### **ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(2)(i)**

Pursuant to Local Rule 5-4.3.4(2)(i), I, Rachel Kaufman, attest that all other signatories listed and on whose behalf the filing is submitted concur in this filing's content and have authorized this filing.

By: */s/ Rachel E. Kaufman*
Rachel E. Kaufman