1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK WALWORTH, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ELITE HOME REMODELING, INC., a California corporation,<br><br>Defendant. | **NO. 5:20-cv-02344-JWH-SHKx**<br><br>**ORDER** |

-1-

Case No. 5:20-cv-02344-JWH-SHK, Order

Pursuant to the parties' stipulation and in accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure, this action is hereby **DISMISSED with prejudice** with respect to Plaintiff's individual claims and **without prejudice** with respect to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

**DONE AND ORDERED** this 16th day of November, 2021.

HON. JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE